ONEIDA NATIONAL BANK, Appellant, *v.* EDWARD H. STOKES
et al., Respondents.

(Argued May 21, 1872; decided May 28, 1872.)

*G. S. P. Stillman* and *R. W. Peckham, Jr.*, for the appellant.

*Edmund Wetmore* and *B. F. Deming* for the respondent.

AGREE to affirm. No opinion.
Judgment affirmed with costs.

---

JOHN CASEY, Jr., Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted May 22, 1872; decided May 28, 1872.)

ACTION to recover penalties for alleged taking of illegal fare; presenting the same question as in *Fisher* v. *The N. Y. C. & H. R. R. R. Co.* (46 N. Y., 644). Two actions were originally commenced, which were by order consolidated.

*A. P. Laning* for the appellant.

*George W. Cothran* for the respondent.

AGREE to modify by reducing the judgment to two penalties and excess of fare, if paid, and as modified affirmed with costs in court below without costs to either party in this court.
Judgment accordingly.